**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 1:19-CV-23028-DPG

| | |
|---|---|
| AMANDA DEFRANKS and KATHERINE FOWLER, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiffs*, | **JURY TRIAL DEMANDED** |
| v. | |
| NASTYGAL.COM USA INC., | |
| *Defendant*, | |
| _____/ | |

**NOTICE OF SETTLEMENT**

Plaintiffs, Amanda Defranks and Katherine Fowler hereby notify the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a Motion for Preliminary Approval by March 27, 2020.

Based on the foregoing, the Parties respectfully request that all current deadlines be suspended and rulings on all pending motions be held in abeyance, pending the filing of the proposed Settlement Agreement.

Date: March 12, 2020

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | By: */s/ John S. Gibbs III* |
| */s/ Andrew J. Shamis* | John S. Gibbs III |
| Andrew J. Shamis, Esq. | Florida Bar No. 91102 |
| Florida Bar No. 101754 | **Troutman Sanders LLP** |
| ashamis@shamisgentile.com | 600 Peachtree Street |
| 14 NE 1st Avenue, Suite 1205 | Suite 3000 |
| Miami, Florida 33132 | Atlanta, Georgia 30308 |
| Telephone: 305-479-2299 | Telephone: (404) 885-3093 |
| | Facsimile: (404) 885-3900 |
| | E-mail: evan.gibbs@troutman.com |
| *Counsel for Plaintiff and the Class* | *Counsel for NASTYGAL.COM USA INC.* |