IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **AMANDA DEFRANKS and KATHERINE FOWLER, individually and on behalf of all others similarly situated**,<br><br>        Plaintiff,<br><br>vs.<br><br>**NASTYGAL.COM USA, INC.**,<br><br>        Defendant. | Case No.: 1:19-cv-23028-GAYLES<br><br>CLASS ACTION<br><br>**DECLARATION OF SHANTHI PRATHEEK KOPPOLU RE: CLAIMS PROCEDURES** |

I, Shanthi Pratheek Koppolu, declare and state as follows:

I am a Project Manager with KCC Class Action Services, LLC ("KCC"), located at 462 South 4th Street, Louisville, KY 40202. Pursuant to the ORDER CERTIFYING THE SETTLEMENT CLASS AND PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT (the "Preliminary Approval Order") dated June 07, 2020, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action. I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

1

1. On July 02, 2020, KCC sent a copy of the Notice to all the Class Members valid email addresses – total of 114,324 records.  Since emailing the Notice to the Class Members, KCC has received 10,406 emails returned as undeliverable.  KCC mailed out a single-postcard Summary Notice to 9,464 class members whose email resulted in a bounceback with a valid postal address, on July 30, 2020. Since mailing the Notice Packets to the Class Members, KCC has received 400 Notice Packets returned by the USPS with undeliverable addresses.  Class notice reach with both email Notice and a single postcard Summary Notice is 98.83%.

2. The deadline for Class Members to file claims in this matter is September 18, 2020.

3. The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than August 3, 2020. As of the date of this declaration, KCC has received no requests for exclusion.

4. The postmark deadline for Class Members to object to the settlement was August 3, 2020.  As of the date of this declaration, KCC has received no objections to the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2020.

*[signature]*

Shanthi Pratheek Koppolu